UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE NORTHERN ALASKA CARPENTERS HEALTH AND SECURITY, PENSION AND APPRENTICESHIP AND TRAINING TRUST FUNDS,

        Plaintiff,

vs.

PATRICIA TIERNEY d/b/a TIECO ACOUSTICS and TIME CERTIFICATE OF DEPOSIT with NORTHRIM BANK, NO. 2131010809,

        Defendant.

3:06-cv-288-RRB-JDR

<u>ORDER</u>
<u>TO</u>
<u>SHOW CAUSE</u>

On the motion of Plaintiffs, Trustees of the Northern Alaska Carpenters Health and Security, Pension and Apprenticeship and Training Trust Funds, and having reviewed the file and determined that the time set for the judgment debtor exam of Patricia Tierney d/b/a Tieco Acoustics was October 15, 2009 at 9:30 a.m., that the Defendant was served with the Motion and Order for Judgment Debtor

Exam, as evidenced by the certified return-receipt green card dated September 23, 2009, and the Debtor having failed to appear;

IT IS HEREBY ORDERED:

    1. Plaintiffs' Motion is GRANTED.

    2. Patricia Tierney d/b/a Tieco Acoustics is ordered to appear on September 29, 2010 at 2:00 p.m. in Courtroom 6, U.S. District Court, 222 W 7th Avenue, Anchorage, Alaska, to show cause why she failed to appear for the judgment debtor exam and why she should not be held in contempt for such failure.

    3. Patricia Tierney d/b/a Tieco Acoustics is ordered to produce at the offices of Jermain, Dunnagan & Owens, P. C., 3000 A Street, Suite 300, Anchorage, AK 99503, three business days prior to the Order to Show Cause Hearing, all documents listed in Attachment C to the Motion and Order for the Judgment Debtor to Appear, a copy of which is attached hereto.

    4. In the event Patricia Tierney d/b/a Tieco Acoustics appears, a Judgment Debtor Exam will be held immediately following the Order to Show Cause Hearing.

    DATED this 20th day of August, 2010, at Anchorage, Alaska.

    /s/ Michael A. Thompson
    MICHAEL A. THOMPSON
    United States Magistrate Judge

06-cv-288-RRB-JDR ORDER @75 to Show Cause_mtd.wpd     2

Case 3:06-cv-00288-RRB   Document 83   Filed 08/20/10   Page 2 of 3

## ATTACHMENT C - MOTION FOR JUDGMENT DEBTOR EXAM

**Tax Returns.** A copy of all federal and state income tax returns filed by or on behalf of Patricia Tierney d/b/a Tieco Acoustics for the years 2004 through the present, or any portion thereof.

**Real Property Records.** A copy of any and all documents of title or ownership, including leases or rental agreements to all real property in which Patricia Tierney d/b/a Tieco Acoustics, either by herself or with any other person or entity had an interest during the period January 1, 2004, to the present, or any portion thereof.

**Personal Property Records.** All documents of title to all vehicles, including, but not limited to, any automobile, recreational vehicle, truck, trailer, boats, or airplanes in which Patricia Tierney d/b/a Tieco Acoustics, either by herself or with any other person or entity has or had an interest during the period commencing January 1, 2004, to the present, or any portion thereof, whether or not the title reflects an interest of Patricia Tierney d/b/a Tieco Acoustics.

**Transfer Documents.** All documents which reflect the sale, transfer, or other disposition of any of the assets of Patricia Tierney d/b/a Tieco Acoustics, either by herself or with any other person or entity at any time between January 1, 2004, and the present.

**Account Statements.** All registers, bank statements, certificates, and books relating to any accounts held at banks, savings and loan associations, credit unions, brokerage houses, or other financial institutions in which Patricia Tierney d/b/a Tieco Acoustics, either by herself or with any other person or entity owned, controlled or had an interest in during the past five (5) years.

**Debt Instruments.** All deeds of trust, promissory notes, list of accounts receivable, security interests, or liens Patricia Tierney d/b/a Tieco Acoustics, either by herself or with any other person or entity has had, controlled, or had an interest in during the last five (5) years.

**Ownership Documentation.** Original stock certificates, membership documents, or other evidence of ownership for any corporations, partnerships, limited liability companies or other entities relating to investments which Patricia Tierney d/b/a Tieco Acoustics, either by herself or with any other person or entity owned, controlled, or had an interest in during the past five (5) years.

**Business Tax Returns.** Tax returns for all corporations, partnerships, limited liability companies, or other business entities which Patricia Tierney d/b/a Tieco Acoustics, either by herself or with any other person or entity owned, controlled or had an interest in during the past five (5) years.

**Receivables.** A copy of any and all documents reflecting receivables or any other monies owed to Patricia Tierney d/b/a Tieco Acoustics, including the name, address, and amount owed by the account debtor.

Exhibit C
Page 1 of 1